```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 27082
   ESTHER N GONZALEZ
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER


         Debtor
  SSN XXX-XX-1675


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 12/18/2008 and was not confirmed.

    The case was dismissed without confirmation 02/18/2009.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
ALLAN J DEMARS            NOTICE ONLY    NOT FILED           .00           .00
BANK OF AMERICA NA        UNSECURED      NOT FILED           .00           .00
CAPITAL ONE               UNSECURED      NOT FILED           .00           .00
CITIBANK                  UNSECURED      NOT FILED           .00           .00
CITY OF CHICAGO           UNSECURED      NOT FILED           .00           .00
CITY OF CHICAGO           UNSECURED      NOT FILED           .00           .00
LCS FINANCIAL             UNSECURED      NOT FILED           .00           .00
SALVADOR LOPEZ & AFFILIA  DEBTOR ATTY          .00                         .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                       ---------------     ---------------
TOTALS                      .00                  .00
```

         PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 27082 ESTHER N GONZALEZ

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/26/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |